UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

CARLOS VALENCIA,

                  Plaintiffs,

- against -

NEW YORK TELEPHONE COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, TULLY CONTSRUCTION CO., INC., TULLY INDUSTRIES EMPIRE STATE PROPERTIES, INC., LEFRAK ORGANIZATION INC., HUDSON TOWERS HOUSING CO., INC.,

                  Defendants.

**AFFIDAVIT OF PERSONAL SERVICE**

DOCKET NO.
07- CIV -8309

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 3rd day of January, 2008 at approximately 1:45 p.m. at Harris Beach PLLC, 100 Wall Street, New York, New York, 10005 deponent served the within copy of the Summons and Complaint upon Lefrak Organization, Inc., by delivering thereat a true copy of same to Jodie Savitzky, paralegal, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female White, White skin, brown, approx. 40-45, height approx. 5'0"-5'3."**

                                            _____
                                            Stephanie Lopez

Sworn to before me this
3rd day of January, 2008

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__